UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT Knoxville, Tennessee

FILED
JUL 24 2023
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

James Mitchell Roysdon #252017 )
Sheldon Horton - inmate )
Prior Celly at TTCC )
(Enter above the NAME of the
plaintiff in this action.) )

3:23-CV-264
Crytzer/McCook

v. )

Trousdale Correctional "Chief Porder" )
Trousdale Correctional Case Manager )
Ms. Stokes/unit Fox Trott )
(Enter above the NAME of each
defendant in this action.) )

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES (✓) NO ( )

B. If your answer to A is YES, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to the previous lawsuit:

Plaintiffs: In 2004 I fell from a building working for (TDOC) and filed suit in state court. (James M. Roysdon)

Defendants: Virginia Lewis (Warden BCCX) Ronnie Pugh (Sgt over crew) J.T. Bickford (C/o over crew) & Bobby Arms c/o TDOC Worker.

1

2. COURT: (If federal court, name the district; if state court, name the county): _State Court in Pikeville TN. Bledsoe County_

3. DOCKET NUMBER: _Don't remember_

4. Name of Judge to whom case was assigned: _it never really made it that far._

5. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) _Case was dismissed_

6. Approximate date of filing lawsuit: _April or May 2004_

7. Approximate date of disposition: _2005_

II. PLACE OF PRESENT CONFINEMENT: _Trousdale Correctional Facility_

A. Is there a prisoner grievance procedure in this institution? YES (✓) NO ( )

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES (✓) NO ( )

C. If your answer is YES,

   1. What steps did you take? _I filed grievance on June 14th 2023_

   2. What was the result? _Still waiting on a response._

D. If your answer to B is NO, explain why not. _At first I was not going to file grievance because Trousdale is currupt and wrong._

E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES (✓) NO ( )

F. If your answer is YES,

   1. What steps did you take? _I wrote a note to Chief of Security and to Case Manager Ms. Stokes. They did nothing!! I called the "PREA" prison phone #91_

(Chief Mr. Porter)

2

(Case Manager Ms. Stokes)

2. What was the result? Neither staff done nothing. They Neglected to Act and was Angry that I said anything to them. It took my wife calling a prea-hot-line to get me help, All caN and will be proven.

III. PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of plaintiff: James Mitchell Roysdon #252017

Present address: TTCC 140 Macon Way Hartsville TN. 37074

Permanent home address: 22023 Asphalt St. Branchville, IN 47514

Address of nearest relative: 22023 Asphalt St. Branchville, IN 47514 (wife)

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B. Defendant: (Trousdale Correctional Facility (Chief Porder))

Official position: Chief of Security & Case Manager Counselor Stokes

Place of employment: Trousdale Correctional Facility

C. Additional defendants: Case Manager Ms. Stokes
All I have at this time is last Names. Ive ask several employees the first names of Mr. Porter Chief Porder and the first name of Case Manager Ms. Stokes, they refuse to give me Names.

IV. STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.)

On 5-11-2023 I advised Chief Porter by writing a note, and hand to hand gave it to Chief Porter asking Porter to place me and my celly on...

3

protective custody. Myself and Sheldon Horton explained on the note given to Chief Porder that hours earlier that day inmates (gang-members) had threatened sexual abuse, and killing us by stabbing both me and Sheldon Horton (cell mate). Chief Porder can be seen on FC-Pod Camera open the note up standing beside the Pod Steps and start to read, and then folds it up and sticks the note in his pockett. That was 5-11-23 Thursday appoximate time between between 4:00p.m and 5:45 p.m. On 5-11-2023 at approx. time 3:00p.m to 4:00pm also tried to get Case Manager Ms. Stokes attention to give her a "PREA" and threats on our lives (my life) note, wrote 911 on note for a sine of emergency. As Ms. Stokes past my cell door she "hollered out" 911 you must be crazy, and kept going. The next morning is when 2-inmates got me into cell FC-114 and tried to make me perform oral sex. They both demanded $500 payment because I had switched on them for Robbing me. That was at approximatly 8:00 AM & 9:30 AM. 5-12-2023. None of the Pod cells was Seppose to even be open. I'm trying to be brief there is so much more to this.

I also made several attempts to reach the "PREA" Prison line. No-one came. No-one helped.

It took my wife Elizabeth Ransom Roysdon calling many PREA Hot lines to get me help. And that was 2-days after the facts. There is much more...

V.  RELIEF

(State BRIEFLY exactly what you want this Court to do for you.  Make NO legal arguments.

Cite NO cases or statutes.)

I want Mr. Chief Porter held responsible for his Neglect and misconduct. I want Ms. Stokes Case Manager held responsible for their actions, misconduct & Neglect Due to it being the blood-gang-members who assaulted me and because they are state wide other than "West High Prison & Northwest Prison" have me removed from trousdale, where there can't be retaliation (Harm) done. I would also ask this court to bring this serious case in front of A jurry.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this _____ day of _____, 20\_\_\_\_.

_____
Signature of plaintiff(s)

5